# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| ANGELO CICATELLO, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 1:22-CV-61 (LAG) |
| UNIQUE CARLYLE, | : | |
| Defendant. | : | |

## **ORDER**

Before the Court is the Parties' Amended Joint Motion for Dismissal of Action. (Doc. 64). Therein, the Parties represent that "[P]laintiff's claims against the [D]efendant and State Farm Mutual Automobile Insurance Company have been settled and released," and request that the Court dismiss this action with prejudice. (*Id.* at 1). Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Accordingly, this action is **DISMISSED** with prejudice.

**SO ORDERED**, this 23rd day of December, 2024.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**