IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ANGELO CICATELLO, | * |
| Plaintiff, | * |
| v. | Case No. 1:22-cv-61 (LAG) |
| | * |
| UNIQUE CARLYLE, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated December 23, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 23rd day of December, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk